**James Edward MILLER, Plaintiff–Appellant,**

v.

**Mike PIERCE; David Pendry; Butch Holland; Tim Cheek; Ronnie Price, Defendants–Appellees.**

No. 06–7209.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2007.

Decided: June 15, 2007.

James Edward Miller, Appellant Pro Se. Stephen Mason Thomas, Patrick, Harper & Dixon, Hickory, North Carolina, for Appellees.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

216

PER CURIAM:

James Edward Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint upon remand from this court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Pierce*, No. 5:99–cv–00050 (W.D.N.C. June 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*